# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00364-WDM-MEH

UNITED STATES OF AMERICA,

    Petitioner,

v.

TAMMY L. LYON, as a Member of BREECOURT, LLC,

    Respondent.

_____

## FINAL ENFORCEMENT ORDER
_____

Having considered the United States' Petition to Enforce Internal Revenue Service Summons and the Declaration of Ella L. DeMarsh-Myles, this Court finds as follows:

1. The Internal Revenue Service summons was issued to Respondent, Tammy L. Lyon, for a legitimate purpose - to obtain information concerning collection of the federal income tax liability of Respondent Tammy L. Lyon as the primary and managing Member of Breecourt, LLC, for tax periods in the years ended December 31, 2004; December 31, 2005; and December 31, 2006; and quarterly periods ending December 31, 2005; March 31, 2006; June 30, 2006; September 30, 2006; December 31, 2006; and March 31, 2007.

2. The above-listed tax periods were specified in the Internal Revenue Service summons served on the Respondent.

3. The testimony, records, and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

4. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

5. As indicated in the Declaration of Service (Doc. 3), Respondent Tammy L. Lyon was served on March 20, 2008, with the Order to Show Cause issued by the Court on February 27, 2008.

6. As of this date, the Respondent has failed to comply with the IRS summons.

7. Respondent has failed to show sufficient cause as to why she should not be ordered to comply with the Internal Revenue Service summons.

IT IS THEREFORE ORDERED that Tammy L. Lyon shall comply with and obey the Internal Revenue Service summons served upon her by appearing at the Internal Revenue Service office at 10225 Westmoor Dr., Suite 200, MS 5225NW, Westminster, CO 80021, before Revenue Officer Ella L. DeMarsh-Myles, telephone number (720) 956-4724 (or other location agreed-upon by the parties), at a time to be agreed upon by the parties, but not later than May 12, 2008, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summons.

Upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

DATED at Denver, Colorado, on April 10, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge